UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 12-Cr-712 (SHS) |
| -v- | : | <u>ORDER</u> |
| PEDRO MARQUEZ, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     The Court has received defendant's motion for compassionate release [Doc. No. 680]. Accordingly,

     IT IS HEREBY ORDERED that the government shall respond to the motion on or before June 26, 2020.

Dated:  New York, New York
         June 19, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.