UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PEDRO MARQUEZ,

                Defendant.

12-CR-712 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of Pedro Marquez' letter dated February 3, 2021 (ECF No. 721) and construes this letter as a motion for reconsideration of the Court's January 20, 2021 opinion and order denying his motion for reconsideration (ECF No. 712) of the Court's denial of his motion for compassionate release. (ECF No. 685.)

    Because defendant fails to provide "controlling decisions or data that the court overlooked" in denying his first motion for reconsideration, the Court again denies this motion for reconsideration. *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995).

    The Court is troubled by defendant's claims that he has not received medical attention while in prison for his back injury. Accordingly, the Bureau of Prisons is directed to provide Marquez with all appropriate medical treatment. The Court directs the Clerk of Court to mail a copy of this Order to defendant at: Pedro Marquez [67875-054], FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640, and to the Warden of Fort Dix at: FCI Fort Dix, Federal Correctional Institution, P.O. Box 38, Joint Base MDL, NJ 08640.

Dated: New York, New York
        March 24, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.